### AARON ROBINSON v. THE STATE.

No. 10146.    Delivered June 2, 1926.

**Theft—No Statement of Facts—No Bill of Exceptions.**

The record contains neither a statement of facts, nor bill of exception, and in such condition nothing is presented to this court for review, and the judgment is affirmed.

Appeal from the District Court of Eastland County. Tried below before the Hon. Elzo Been, Judge.

Appeal from a conviction for theft, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for the theft of property over the value of $50, punishment being assessed at confinement in the penitentiary for two years.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented to this court for review and the judgment is affirmed.

*Affirmed.*